## No. CA-15-016

| | | |
|---|---|---|
| **SAPH, LLC,** | § | In the County Court<br>2nd COURT OF APPEALS<br>FORT WORTH, TEXAS<br>12/10/2015 4:17:24 PM<br>DEBRA SPISAK<br>Clerk |
| **a Texas limited liability company** | § | |
| | § | |
| **v.** | § | |
| | § | **at Law Number One** |
| **RR Royal Ranch Company,** | § | |
| **a Texas corporation, and all** | § | |
| **other occupants of 4802 Mineral** | § | |
| **Wells Highway, Weatherford,** | § | |
| **Texas 76088** | § | **Parker County, Texas** |

## JUDGMENT

Plaintiff, SAPH, LLC, a Texas limited liability company ("Plaintiff), appeared

through its attorneys of record, Michael Brinkley and Stewart Werner. Defendant, RR

Royal Ranch Company, a Texas corporation ("Defendant") and all other occupants of

4802 Mineral Wells Highway, Weatherford, Texas 76088, appeared through their attorney

of record, C. J. deVilder. The Court, having reviewed the pleadings and considered the

testimony, exhibits and all other relevant evidence, is of the opinion that Plaintiff is entitled

to the relief sought.

The Court finds that by a preponderance of the evidence, Plaintiff is entitled to

possession of the premises described in Plaintiff's Original Petition for Forcible Detainer.

**IT IS THEREFORE ORDERED** that SAPH, LLC, a Texas limited liability

company, Plaintiff, do have and recover from Defendant(s) and all other occupants

JUDGMENT

possession, and have restitution, for which let writ issue, of premises commonly known as 4802 Mineral Wells Highway, Weatherford, Texas, and legally described as:

> 151.146 acre tract of land out of the J. POSEY SURVEY, Abstract No. 1062, the W. E. CRADDOCK SURVEY, Abstract No. 2199, the B. REYNOLDS SURVEY, Abstract No. 1159 and T&P RR CO. SURVEY No. 219, Abstract No. 1399, all in Parker County, Texas, and being all of a called 145.403 acre tract described in Volume 1308, Page 25 of the Real Property Records of Parker County, Texas and part of a called 9.37 acre tract described in Volume 381, Page 26 of the Deed Records of Parker County, Texas, and being further described by metes and bounds in the Correction Warranty Deed, dated April 17, 2002, recorded in Volume 2053, Page 1187, Real Property Records, Parker County, Texas.

**IT IS FURTHER ORDERED** that Plaintiff have and recover from Defendants reasonable attorneys' fees at the trial court level in the amount of $ 6297.00, which may be collected from the bond posted by Defendant, if any, payable immediately by the Clerk of this Court upon presentation of this Judgment, together with reasonable attorney's fees if the case is unsuccessfully appealed to the Court of Appeals in the amount of $ 5000.00, reasonable attorney's fees if the case is unsuccessfully appealed on petition for review to the Supreme Court of Texas in the amount of $ 10,000.00, and is review is granted by the Supreme Court of Texas but the appeal is unsuccessful, reasonable attorneys fees in the amount of $ 10,000.00

**IT IS FURTHER ORDERED** that Plaintiff do have and recover from Defendant(s) the sum of $ 18,490.54 representing reimbursement of unpaid reasonable rent

JUDGMENT                                    2

of the Property up to the date of this Judgment.

**IT IS FURTHER ORDERED** that Plaintiff recover from the Defendant(s) all costs of court, and for post-judgment interest accruing on all monetary sums granted in this Judgment at the rate of five percent (5.00%) per annum from and after the date of this Judgment until paid in full, for all of which let execution issue.

**IT IS FURTHER ORDERED** that in the event of an appeal of this Judgment, supersedeas bond is hereby set in the amount of $ 190,656 and shall be posted in the form of cash or corporate surety licensed by and authorized to do business under the laws of the State of Texas for such purposes.

**IT IS FURTHER ORDERED** that all writs necessary for enforcement of this Judgment, including but not limited to a Writ of Possession, shall issue upon Plaintiff's timely request, and shall require no further action by this Court.

**ALL RELIEF NOT EXPRESSLY GRANTED HEREIN IS DENIED.**

SIGNED December 3rd, 2015.

_Jerry Buckner_
**JUDGE PRESIDING**

RECEIVED AND FILED
FOR RECORD
4:45 O'clock P M
DEC 0 3 2015
Jeane Brunson Co. Clerk
PARKER COUNTY, TEXAS
By_____ Deputy